# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

OPTUMRX, INC. AND UNITED
HEALTHCARE OF LOUISIANA,
INC. D/B/A UNITED HEALTHCARE
COMMUNITY PLAN

NO.  2022 CW 1280

**FEBRUARY 22, 2023**

---

In Re:   OptumRx, Inc. and UnitedHealthcare Community Plan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 717848.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

   **WRIT DENIED.**

PMc
GH
HG

COURT OF APPEAL, FIRST CIRCUIT

a.sn

DEPUTY CLERK OF COURT
FOR THE COURT